*Patrick Teruo*
*16277 Winecreek Rd*
*San Diego, California*
*[92127]*

FILED

2009 JUL 29 PM 4: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# In the United States District Court
## for the Southern District of California

| | |
|---|---|
| Patrick Teruo | } |
|       Plaintiff, | } **Libel of Review** |
| | } |
| | } - common law counterclaim in admiralty - |
| v. | }     - notice lis pendens and - |
| | }     - verified statement of right - |
| | } |
| Timothy F. GEITHNER | } |
|       Defendant, | } Re: God-given unalienable rights in the |
| | } original estate - Article III; Constitution |

**09 CV 1644 LAB POR**

---

**Comes now** Patrick Teruo of the Walsh family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Timothy F. GEITHNER has been making false claims and this counterclaim and notice lis pendens are now in the "original exclusive cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (Patrick T. Walsh, PATRICK TERUO WALSH, Timothy F. GEITHNER, Henry Paulson, John Snow etc.)

"...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship,* U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction -



Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

> "**Place for filing notice; form**. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Timothy F. GEITHNER, acting as "City METRO officer - US GOVERNOR FOR THE INTERNATIONAL MONETARY FUND AND SECRETARY OF THE TREASURY" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1609, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, **Transfer of government.**")

The district court for the District of California has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if Patrick Teruo fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

> "Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

2

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

### Cause of action

Timothy F. GEITHNER left presentment papers after seizing evidence in a charge-less "fishing trip" on or around June 24, 2009. GEITHNER's agents including the signing US Magistrate have made a grievous violation of Patrick Teruo's privacy rights and his right not to testify against himself. There would seem to be a presumption that Patrick Teruo is guilty of something and it would seem that investigators are unable to acquire enough evidence to make an arrest so they have instead pilfered through Patrick Teruo's private life and possessions in the hope of finding something to charge him with? This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Patrick Teruo is and always would have exercised right to handle lawful money had the option ever been presented in good faith. The subject presentment utilized for the claim was regular enough but Patrick Teruo wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. The presentment(s) upon which the theft is based has been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to Timothy F. GEITHNER in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

### Verified statement of right

Patrick Teruo owns in allodium the house, all property and land free and clear located on or about the following geophysical coordinates:

Latitude = 33.0016,
Longitude = -117.1157

16277 Winecreek Rd
San Diego, California.
[92127]



Latitude = 32.7087,
Longitude = -117.1548

350 11th Street, Unit 323
San Diego, California.
[92127]



Latitude = 30.5051,
Longitude = -97.5967

107 Bob Estes Cove
Round Rock, Texas
[78664]



Latitude = 30.7671,

Longitude = -86.6058

Indian Trails

Lot 18 / Plat 236

Crestview, Florida.

[32536]



### Verified statement of right II

On July 23, 2009, Immigration and Customs Enforcement (ICE) personnel and other unidentified federal agents outfitted in body armor and weapons rang the front doorbell to my home at 16277 Winecreek Rd, San Diego, California at approximately 1600 hours. I opened the door and was presented a Search and Seizure Warrant document from ICE Special Agent (SA) K. Johnson. No names of any person were listed on the warrant to be searched – only the premises known as the address stated above. I asked what the probable cause was and stated my 4th Amendment protection. He stated he has a judge-signed (Magistrate John P. COONEY) warrant and that he and approximately 10+ agents are coming in regardless of whether I allow them or not. He and the rest of his team commenced to entering my home without my consent. My wife and I did not interfere with their intrusion because we feared physical harm.

My wife and I were advised that we were not being charged with anything. We were also advised that we were free to leave our home, but if we left, we would not be able to return. We were detained to the formal dining room of our home unable to roam and view what was being searched and seized from our home. SA Johnson then joined the others in the search. ICE SA Michael Breslin was present during this initial questioning and kept watch on my wife and me throughout their search and seizure operation. I asked again what the probable cause was, and he stated that the probable cause was sealed and will not be known till the Judge or Assistant US Attorney unsealed the case. I asked why ICE was involved and was told they were involved because one of their own was involved. I do not know who this person is or in what capacity he works for or with them. SA Breslin did state he and others work for ICE Office of Professional Responsibility (OPR) which he described as an internal-affair type division. The following is from the www.ice.gov website describing their duties:

> **Professional Responsibility (OPR)** The Office of Professional Responsibility (OPR) is responsible for investigating allegations of misconduct involving employees of ICE and Customs and Border Protection (CBP). OPR preserves the organizational integrity of ICE by impartially, independently and thoroughly investigating allegations of criminal or serious administrative misconduct by ICE and CBP employees worldwide. OPR adjudicates ICE background investigations and issues security clearances for all prospective and current ICE employees and contracted staff. OPR inspects and reviews ICE offices, operations and processes so as to provide executive management with independent reviews of the agency's organizational health. In this role, OPR assesses the effectiveness and efficiency of ICE in carrying out its mission.

I asked why ICE was leading a search and seizure operation on my property, and under what jurisdiction was this search-and-seizure being conducted. No answer was given for either question. I was advised that ICE SA Phillip Portiera was the lead agent for their operation, and I could direct my questions to him when he arrives (he didn't arrive till approximately 1700).

A friend called the local Deputy Sherriff to appear at my residence since this part of San Diego (unincorporated) is under the jurisdiction of the Sherriff. The Deputy arrived, but made no visible attempt to me to question the validity and lawfulness of the warrant. I believe his name to be Deputy Shirley. The Deputy's stay was brief.

At approximately 1720, Special Agents Portiera and Breslin asked if I would answer their questions. SA Breslin began recording the conversation. SA Portiera began reading me my rights, but submitted that I was not charged with anything. He further stated if I would waive my rights and make a statement. I stated firmly that I will not waive my rights. I stated I am willing to discuss their questions unless I thought it would be incriminating in which I would not answer. I asked if they were indeed federal agents, and they replied, "Yes". I also asked if they took their oaths to support and defend the Constitution of the United States, and they also replied, "Yes". The questions were about mortgage loans and accusations that I was a liar in my participation. I negatively replied to those comments. Further questions were asked about acquisition and quick disposition (flipping) of homes to which I replied that I did not engage in such activity or have any knowledge as evidenced that I am living in my home. I asked for a copy of the recorded session and was told that all would be included in their report that I would receive the following week. I also asked for everyone's names, affiliation, and badge numbers. They stated I will only receive their two names and contact information. The rest would be delineated in their report. Furthermore, I was told that ICE, FBI, and the IRS had agents present in my home during this search and seizure and that their names would be included in the aforementioned report. SA Portiera made the comment that we were getting nowhere and ended the session.

Aside from Special Agents Portiera and Breslin, no other agents provided their name and status. Aside from the warrant, I was given 3 custody receipt documents which were signed by SA Johnson. I was denied my request to verify the items taken from my home and what was written on the custody sheets.

Unbeknownst to me, another friend (retired deputy sheriff) visited the premises and was denied access by agents outside my home. He videotaped the events as visible from the street in front of my home.

As of the date of this affidavit, the following have still not been presented, answered, nor explained to me about the raid on my home:

1. I do not know the probable cause of the raid on my home and property.
2. I do not know the accuser to which warranted the search and seizure.
3. I do not know under what jurisdiction the federal agents raided my home.
4. I do not know why ICE OPR was involved (I have no affiliation to ICE to be considered a professional responsibility matter).
5. I do not know why the FBI and IRS entered my home (they did not make their presence known until asked for their names at the end of the operation by ICE OPR)
6. I do not know entirely what was taken from my home.

WE HAVE NOT BEEN CHARGED with any offense to warrant this invasion on my property.

## Stipulation of acceptable answer

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. Timothy F. GEITHNER must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Patrick Teruo" or any pseudonym through which Patrick Teruo may be engaged in contract. The court clerk W. Samuel Hamrick, Jr. (UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF) obfuscated remedy by denying proper certificates so Timothy F. GEITHNER and anyone else for that matter can easily research case history against Patrick Teruo or any legal name. Timothy F. GEITHNER may call (619) 557-5600 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if the Timothy F. GEITHNER is moving on a valid claim and judgment in the district court then the Timothy F. GEITHNER knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for Timothy F. GEITHNER cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Patrick Teruo according to the notice on the face of the summons.

## Stipulation of remedy

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Patrick Teruo's wife, Tomoko may use this evidence repository for any future refusals for cause as well. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper.

There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example of clerk instruction:

**Patrick Teruo**
**16277 Winecreek Rd**
**San Diego, California.**
**[92127]**

United States District Court                     Registered mail # RA XXX XXX XXX US
for the Southern District of California
800 Front Street #4290
San Diego, Colorado.
       [92101]

Dear clerk;

     Please file this refusal for cause in the case jacket of Article III case 09-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

     My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____*example*_____
Patrick Teruo

Presenter's name                              Registered mail # RA XXX XXX XXX US
Address
Anywhere, State.
      [presenter's code]

8

Timothy F. GEITHNER and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims*. Timothy F. GEITHNER and all principals and agents are left with their remedy:

> **COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Timothy F. GEITHNER (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for Timothy F. GEITHNER or named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Timothy F. GEITHNER or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

### Stipulation regarding character and residential address

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency. Patrick Teruo is not Pro Se and is not representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Patrick Teruo retains the unalienable right to hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against the Timothy F. GEITHNER, the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." Patrick Teruo is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Patrick Teruo's character not in the least:

> The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon

by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Patrick Teruo Pro Se - to imply that Patrick Teruo is representing himself before the district court. Patrick Teruo is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182**

> *In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and are redeemable in lawful money.* And, **US v Ware; 608 F.2d 400**

> *United States notes shall be lawful money, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds for this filing fee are that Patrick Teruo has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

> "BANKRUPTCY. The state or condition of a bankrupt.
> 2. Bankrupt laws are an encroachment upon the common law. The first in England was ..."
> *Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule.** Patrick Teruo is a man with God-given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Timothy F. GEITHNER is clearly the debtor and Patrick Teruo is clearly creditor.

## No magistrates

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

attachments fully incorporated:

1) Certificate of search on "Patrick Teruo" from clerk of the district court is exempted due to falsifications by district court clerk W. Samuel Hamrick Jr. on such certificates. Timothy F. GEITHNER is provided with information to check for case histories
2) Presentments from Magistrate Cooney (5 pgs), GMAC Mortgage (2 pgs), Recontrust Company, N.A. (2 pgs), and ETS Services, LLC (6 pgs) are refused for cause. The red ink original refusal is served on the aforementioned. This original counterclaim filed in the district court has a copy of each refusal
3) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932
4) certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459
5) certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #209290555
6) Copy of withdrawal slip (check) associated with the US court filing fee has been attached.

Patrick Teruo
16277 Winecreek Rd
San Diego, California [92127]

**GMAC** Mortgage

PO Box 780
Waterloo, IA 50704-078

---

### DEBT VALIDATION LETTER

June 10, 2009

0504/09 15:00   6036563.2900010.EF3Q1114 BrandCH I OZ.DOM.EF3Q310000 146319 LT

PATRICK WALSH
16277 WINECREEK ROAD
SAN DIEGO CA 92127-3734



RE:     Account Number:   7306057688
         Property Address:   16277 WINECREEK ROAD
                           SAN DIEGO,CA 92127

Dear Patrick Walsh:

You should have recently received a letter advising you that the servicing of your account has been transferred to GMAC Mortgage. As a result of this transfer, Federal law requires that we provide you with the following information.

GMAC Mortgage is servicing your account on behalf of RESIDENTIAL FUNDING CORP. which currently owns the interest in your account. As of June 4, 2009, the total amount of the debt is $278,505.58. Interest, late charges, legal costs and fees and other charges may also be included in the total amount of the debt. Please note that because interest, late charges, and other charges may continue to accrue on this debt, the total amount you may may be greater than the amount indicated above.

Federal law provides that you have thirty (30) days after you receive this letter to dispute the validity of this debt or any part of it. If you DO NOT wish to dispute this debt or any portion of it within this thirty-day period, we will assume the debt is valid. If you DO wish to dispute this debt, notify us in writing within the thirty-day period and verification of the debt or a copy of a judgment against you will be provided to you by mail. In addition, we will provide you with the name and address of your original creditor if you request it in writing within the same thirty-day period. Please send all written requests to:

    GMAC Mortgage
    Attention: Customer Care
    P.O. Box 4622
    Waterloo, IA 50704-4622

This is an attempt to collect a debt and any information obtained will be used for that purpose.

**If you have been discharged of your personal liability for repayment of this debt, be advised that any action we may take, will be taken against the property only and not against you personally.**

**As required by law, you are hereby notified that: We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

**GMAC** Mortgage
PO Box 780
Waterloo, IA 50704-078

---

**DEBT VALIDATION LETTER**

---

June 10, 2009

PATRICK WALSH
16277 WINECREEK RD
SAN DIEGO CA 92127-3734

RE:     Account Number:   0810036533
          Property Address:   16277 WINECREEK RD
                       SAN DIEGO,CA 92127

Dear Patrick Walsh :

You should have recently received a letter advising you that the servicing of your account has been transferred to GMAC Mortgage. As a result of this transfer, Federal law requires that we provide you with the following information.

GMAC Mortgage is servicing your account on behalf of GMAC MORTGAGE, which currently owns the interest in your account. As of June 4, 2009, the total amount of the debt is $1,295,163.02. Interest, late charges, legal costs and fees and other charges may also be included in the total amount of the debt. Please note that because interest, late charges, and other charges may continue to accrue on this debt, the total amount you pay may be greater than the amount indicated above.

Federal law provides that you have thirty (30) days after you receive this letter to dispute the validity of this debt or any part of it. If you DO NOT wish to dispute this debt or any portion of it within this thirty-day period, we will assume the debt is valid. If you DO wish to dispute this debt, notify us in writing within the thirty-day period and verification of the debt or a copy of a judgment against you will be provided to you by mail. In addition, we will provide you with the name and address of your original creditor if you request it in writing within the same thirty-day period. Please send all written requests to:

GMAC Mortgage
Attention: Customer Care
P.O. Box 4622
Waterloo, IA 50704-4622

This is an attempt to collect a debt and any information obtained will be used for that purpose.

**If you have been discharged of your personal liability for repayment of this debt, be advised that any action we may take, will be taken against the property only and not against you personally.**

**As required by law, you are hereby notified that: We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

RECORDING REQUESTED BY
ETS Services, LLC

AND WHEN RECORDED MAIL TO:
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

T.S. No. GM-159263-C
Loan No. 0810036533

_____

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 12/19/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR: **PATRICK WALSH, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY**
Recorded 12/28/2006 as Instrument No. **2006-0923505** in Book , page of
Official Records in the office of the Recorder of **San Diego** County, California,
Date of Sale: **6/17/2009 at 10:00 AM**
Place of Sale: **At the South entrance to the County Courthouse, 220 West Broadway, San Diego, California**
Property Address is purported to be: **16277 WINECREEK RD**
**SAN DIEGO, California 92127-0000**
APN #: **312-282-06**

The total amount secured by said instrument as of the time of initial publication of this notice is **$1,394,611.27**, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Date: 5/20/2009

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
Sale Line: 714-730-2727

_____
**Omar Solorzano, TRUSTEE SALE OFFICER**



7113 8257 1473 3449 6490

## NOTICE OF SALE
## PURSUANT TO SECTION 2924.8 OF THE CIVIL CODE

Foreclosure process has begun on this property, which may affect your right to continue to live in this property. Twenty days or more after the date of this notice, this property may be sold at foreclosure. If you are renting this property, the new property owner may either give you a new lease or rental agreement or provide you with a 60-day eviction notice. However, other laws may prohibit an eviction in this circumstance or provide you with a longer notice before eviction. You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights you may have.

出售公告
依据民法典第2924.8章

因本房产的赎进程序已经开始，这可能会影响您在此继续居住的权利。从本通知起的二十天后，本房产可能会被出售。如果你是租房户，新的房主可给你新的出租协议，或通知您在60天内搬家。但有些法律可能禁止在此情况下的清房，或可为您提供更长的搬家期限。您可以与您的律师，您当地的法律援助或房屋咨询机构讨论您的有关权利。

매매 통고
민법 제 2924.8 항에 의거

이 건물에 대한 차압 절차가 시작되었으며, 그로 인해 귀하가 이 건물에서 계속해서 거주할 수 있는 권리에도 영향이 미칠 수 있습니다. 이 통고문의 날짜로부터 20일 혹은 그 후에, 이 건물은 차압 매매될 수 있습니다. 만약 귀하가 이 건물을 임차하고 있다면, 새로운 건물 임주주는 귀하에 새임대차 계약을 하거나 또는 60일 이내 퇴거하라는 통고를 할 수 있습니다. 그러나 다른 법률들은 이런 상황에서의 퇴거를 금지하거나 또는 귀하에게 퇴거하기 전까지 연장된 기간의 통고를 하도록 할 수도 있습니다. 귀하의 권리에 대한 상담을 하기 위해 귀하는 변호사 또는 귀하가 있는 지역의 법률 구호 기관 혹은 주택 상담 기관에 연락할 수도 있습니다.

## ANUNCIO DE VENTA
## SEGÚN LA SECCIÓN 2924.8 DEL CÓDIGO CIVIL

El proceso de ejecución de hipoteca ha comenzado en esta propiedad, lo que puede afectar su derecho de vivir en esta propiedad. La propiedad puede ser vendida en ejecución de hipoteca veinte días o más después de la fecha de este aviso. Si usted está rentando esta propiedad, el nuevo dueño de la propiedad puede darle a usted un nuevo contrato de arrendamiento o alquiler o darle un aviso de desalojo de 60-días. Sin embargo, otras leyes tal vez puedan prohibir un desalojo en esta circunstancia o proveerle a usted un aviso de desalojo de más tiempo para que desaloje la propiedad. Tal vez usted desee comunicarse con un abogado o su ayuda legal de la localidad o agencia de consejería de vivienda para hablar de cualquier derecho que usted tal vez tenga.



7113 8257 1473 3449 7497

## PAUNAWA SA PAGBENTA
## BATAY SA SEKSYON 2924.8 NG NILAGDAANG SIBIL

Ang proseso ng pagreremata ay nagsimula na sa pag-aaring ito, na kung saan ay maaaring makaapekto sa inyong karapatan na tuluyang manirahan sa pag-aaring nabanggit. Dalawampung araw o higit pa matapos ang petsang naisagawa ang paunawang ito, ang nasabing pag-aari ay maaari nang ibenta batay sa pagre-mata. Kung kayo ay nangungupahan sa pag-aaring ito, ang bagong may-ari ay maaaring magbigay ng bagong kasunduan sa paghiram o pagbenta o bigyan kayo ng kasulatan na paunawa na makalipat sa loob ng 60 na araw. Gayunpaman, maaaring ipagbawal ng ibang batas ang pagpapaalis sa pagkakataong ito o maaaring bigyan kayo ng mas mahabang panahon bago ang pagpapaalis. Minumungkahi kayong makipagbi-gay alam sa inyong abogado o lokal na katulong pang-legal o ahensya ng payong pabahay upang pag-usapan ang alinmang karapatan na kayo ay mayroon.

## THÔNG BÁO BÁN
## THEO ĐIỀU 2924.8 BỘ LUẬT DÂN SỰ

Việc bắt đầu tịch thu tài sản này có thể ảnh hưởng đến quyền tiếp tục sinh sống của bạn tại đây. Bắt đầu từ hai mươi ngày trở đi sau thông báo, tài sản này có thể bị tịch thu để trả nợ. Nếu bạn đang mướn nhà tại đây, chủ tài sản mới sẽ gửi cho bạn cam kết mới về việc thuê hoặc mướn hoặc có thể sẽ gửi cho bạn thông báo rời khỏi nhà trong vòng 60 ngày. Tuy nhiên, một số luật khác có thể không cho phép việc yêu cầu rời khỏi nhà trong trường hợp này mà gửi cho bạn thông báo sớm hơn trước khi yêu cầu bạn rời đi. Bạn nên liên hệ với luật sư hoặc tổ chức giúp đỡ luật địa phương hoặc cơ sở tư vấn nhà để tham khảo những quyền bạn có.

RECORDING REQUESTED BY:

LSI TITLE COMPANY, INC.

WHEN RECORDED MAIL TO:
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY
RECORDED ON:  __February 19, 2009__
AS DOCUMENT NO:  __09-81019  BK: / PG:__
BY:  __s/ Title Court Automation__
LSI TITLE COMPANY (CA)

SPACE ABOVE THIS LINE FOR RECORDER'S

TS No.: GM-159263-C     Loan No.: 0810036533

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN
YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,**
and you may have the legal right to bring your account in good standing by paying all of your past
due payments plus permitted costs and expenses within the time permitted by law for reinstatement
of your account which is normally five business days prior to the date set for the sale of your
property. No sale date may be set until three months from the date this notice of default may be
recorded (which date of recordation appears on this notice).

This amount is $51,513.57 as of 2/17/2009, and will increase until your account becomes
current. While your property is in foreclosure, you still must pay other obligations (such as insurance
and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments
on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as
required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you
do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee
may require as a condition of reinstatement that you provide reliable written evidence that you paid all
senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the
entire amount you must pay. You may not have to pay the entire unpaid portion of your account,
even though full payment was demanded, but you must pay all amounts in default at the time
payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing
prior to the time the notice of sale is posted (which may not be earlier than the three month period
stated above) to, among other things, (1) provide additional time in which to cure the default by
transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your
default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the
obligation being foreclosed upon or a separate written agreement between you and your creditor
permits a longer period, you have only the legal right to stop the sale of your property by paying the
entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for
payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
C/O ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600 phone



7113 8257 1473 2066 6463

TS NO : GM-159283-C          LOAN NO: 0810036533

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

## Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That Executive Trustee Services, LLC dba ETS Services, LLC is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 12/19/2006 , executed by PATRICK WALSH, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as beneficiary, recorded 12/28/2006, as Instrument No. 2006-0923505, in Book , Page , of Official Records in the Office of the Recorder of San Diego County, California describing land therein as:

AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

including ONE NOTE FOR THE ORIGINAL sum of $1,181,250.00 ; that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Installment of Principal and Interest plus impounds and/or advances which became due on 1/1/2008 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.

That by reason, thereof, the present beneficiary under such Deed of Trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property, to be sold to satisfy the obligations secured thereby.

The undersigned declares that the beneficiary or its authorized agent has declared that they have complied with California Civil Code Section 2923.5 by making contact with the borrower or tried with due diligence to contact the borrower as required by California Civil Code Section 2923.5.

Dated: 2/17/2009

ETS Services, LLC AS AGENT FOR
BENEFICIARY

BY: _____

Neda Cayco
TRUSTEE SALE OFFICER

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600

**Date:** 2/25/2009

T.S. Number:   GM-159263-C
Loan Number:  0810036533



## DEBT VALIDATION NOTICE

1.  The enclosed document relates to a debt owed to the current creditor:

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC

    You may send us a written request for the name and address of the original creditor, if different from the
    current creditor, and we will obtain and mail the information to you.

2.  As of 2/17/2009, the total delinquency owed was $51,543.52, but this amount will increase until the delinquency has been fully cured.

3.  As of 2/25/2009, the amount required to pay the entire debt in full was $1,360,007.62, but this amount will increase daily until the debt has been fully paid.

4.  You may dispute the validity of this debt, or any portion thereof, within thirty (30) days after receiving this notice.  Otherwise, we will assume that the debt is valid.

5.  If you notify us in writing that you dispute all or any portion of this debt within thirty (30) days after receiving this notice, we will obtain and mail to you verification of the debt, or a copy of any judgement against you.

> **WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION
> WE OBTAIN WILL BE USED FOR THAT PURPOSE**



RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Attn: Marlene Arroyo
TS No. 09-0039406
Title Order No. 09-8-118263

THE FOLLOWING COPY OF 'NOTICE',
THE ORIGINAL OF WHICH WAS FILED
FOR RECORD ON 04/01/2009 IN THE
OFFICE OF THE RECORDER OF San Diego
COUNTY, CALIFORNIA SENT TO YOU
INASMUCH AS AN EXAMINATION OF
THE TITLE TO SAID TRUST PROPERTY
SHOWS YOU MAY HAVE AN INTEREST IN
THE TRUSTEE'S SALES PROCEEDINGS

SPACE ABOVE THIS LINE FOR RECORDER'S USE

### NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded ( which date of recordation appears on this notice).

This amount is $7,274.57, as of 03/27/2009 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations ( such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

[Page 1 of 2 ]                                                      *Form mlgnod (09/01)*

TS No. 09-0039406

    To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
C/O Countrywide Home Loans, Inc
400 COUNTRYWIDE WAY  SV-35
SIMI VALLEY,  CA  93065
FORECLOSURE DEPARTMENT (800) 669-6650

    If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

    Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.  Remember,

## YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN THAT: RECONTRUST COMPANY, N.A., is acting as an agent for the Beneficiary under a Deed of Trust dated 12/15/2006, executed by TOMOKO WALSH, AND PATRICK T WALSH, WIFE AND HUSBAND AS JOINT TENANTS as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as beneficiary recorded 12/21/2006 as Instrument No. 2006-0906661 (or Book , Page 17640) of Official Records in the Office of the County Recorder of San Diego County, California. Said obligation including ONE NOTE FOR THE ORIGINAL sum of $ 290,400.00. That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of :  FAILURE TO PAY THE INSTALLMENT OF PRINCIPAL AND INTEREST  WHICH BECAME DUE ON 12/01/2008  AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, TOGETHER WITH ALL LATE CHARGES; PLUS ADVANCES MADE AND COSTS INCURRED BY THE BENEFICIARY INCLUDING FORECLOSURE FEES AND COSTS AND/OR ATTORNEYS' FEES. IN ADDITION,  THE ENTIRE PRINCIPAL AMOUNT WILL BECOME DUE ON 01/01/2037 AS A RESULT OF THE MATURITY OF THE OBLIGATION ON THAT DATE. That by reason thereof the present beneficiary under such deed of trust has executed and delivered to RECONTRUST COMPANY, N.A. a written Declaration of Default and Demand for sale, and has deposited with RECONTRUST COMPANY, N.A. such deed of trust and all documents evidencing obligations secured  thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable  and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby. If required by the provisions of Section 2923.5 of the California Civil Code, the declaration from the mortgagee, beneficiary or authorized agent is attached to the Notice of Default duly recorded with the appropriate County Recorder's office.
Dated: March 27, 2009
RECONTRUST COMPANY, N.A., as agent for the Beneficiary
By LandSafe Title Corporation, as its Attorney in Fact
By   /S/  Title Officer

[Page 2 of 2 ]

*Form mlgnod (09/01)*

Robert C. Balink  El Paso Cty, CO
12/15/2003
Doc   $0.00   Page
Rec   $20.00   1 of 4

STATE OF MINNESOTA

COUNTY OF SCOTT

IN JUSTICE COURT

TOWNSHIP OF CREDIT RIVER
MARTIN V. MAHONEY, JUSTICE

First National Bank of Montgomery,

                    Plaintiff,

vs.

                    JUDGMENT AND DECREE

Jerome Daly,

                    Defendant.

      The above entitled action came on before the Court and a Jury of 12 on December 7,1968 at 10:00 A.M. Plaintiff appeared by its President Lawrence V. Morgan and was represented by its Counsel Theodore R. Mellby. Defendant appeared on his own behalf.

      A Jury of Talesmen were called, impanneled and sworn to try the issues in this Case. Lawrence V. Morgan was the only witness called for Plaintiff and Defendant testified as the only witness in his own behalf.

      Plaintiff brought this as a Common Law action for the recovery of the possession of Lot 19, Fairview Beach, Scott County,Minn. Plaintiff claimed title to the Real Property in question by foreclosure of a Note and Mortgage Deed dated May 8,1964 which Plaintiff claimed was in default at the time foreclosure proceedings were started.

      Defendant appeared and answered that the Plaintiff created the money and credit upon its own books by bookeeping entry as the consideration for the Note and Mortgage of May 8,1964 and alleged failure of consideration for the Mortgage Deed and alleged that the Sheriff's sale passed no title to Plaintiff.

      The issues tried to the Jury were whether there was a lawful consideration and whether Defendant had waived his rights to complain about the consideration having paid on the Note for almost 3 years.

      Mr. Morgan admitted that all of the money or credit which was used as a consideration was created upon their books, that this was standard banking practice exercised by their bank in combination with the Federal Reserve Bank of Minneapolis, another private Bank, further that he knew of no United States Statute or Law that gave the Plaintiff the authority to do this. Plaintiff further claimed that Defendant by using the ledger book created credit and by paying

STATE OF MINNESOTA COUNTY OF SCOTT

GREGORY M. ESS
Court Administrator

12-5-03   By Audrey K Brown
Deputy

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
Date   June 4, 2004  Page
203290555  Book
County Clerk & Recorder Balink
El Paso County, Colorado
By                           Deputy

on the Note and Mortgage waived any right to complain about the Consideration and that Defendant was estopped from doing so.

At 12:15 on December 7,1968 the Jury returned a unanimous verdict for the Defendant.

Now therefore, by virtue of the authority vested in me pursuant to the Declaration of Independence, the Northwest Ordinance of 1787, the Constitution of the United States and the Constitution and laws of the State of Minnesota not inconsistent therewith;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff is not entitled to recover the possession of Lot 19, Fairview Beach, Scott County, Minnesota according to the Plat thereof on file in the Register of Deeds office.

2. That because of failure of a lawful consideration the Note and Mortgage dated May 8,1964 are null and void.

3. That the Sheriff's sale of the above described premises held on June 26,1967 is null and void, of no effect.

4. That Plaintiff has no right, title or interest in said premises or lien thereon, as is above described.

5. That any provision in the Minnesota Constitution and any Minnesota Statute limiting the Jurisdiction of this Court is repugnant to the Constitution of the United States and to the Bill of Rights of the Minnesota Constitution and is null and void and that this Court has Jurisdiction to render complete Justice in this Cause.

6. That Defendant is awarded costs in the sum of $75.00 and execution is hereby issued therefore.

7. A 10 day stay is granted.

8. The following memorandum and any supplemental memorandum made and filed by this Court in support of this Judgment is hereby made a part hereof by reference.

BY THE COURT

Dated December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

MEMORANDUM

The issues in this case were simple. There was no material dispute on the facts for the Jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis, which are for all practical purposes, because of there interlocking activity and practices, and both being Banking Instutions Incorporated under the Laws of the United States, are in the Law to be treated as one and the same Bank, did create the entire $14,000.00 in money or credit upon its own books by bookeeping entry. That this was the Consideration used to support the Note dated May 8,1964 andthe Mortgage of the same date. The money and credit first came into existance when they created it. Mr. Morgan admitted that no United States Law or Statute existed which gave him the right to do this. A lawful consideration must exist and be tendered to support the Note. See Anheuser-Busch Brewing Co. v. Emma Mason, 44 Minn. 318, 46 N.W. 558. The Jury found there was no lawful consideration and I agree. Only God can created something of value out of nothing.

Even if Defendant could be charged with waiver or estoppel as a matter of Law this is no defense to the Plaintiff. The Law leaves wrongdoers where it finds them. See sections 50, 51 and 52 of Am Jur 2d "Actions" on page 584 -"no action will lie to recover on a claim based upon, or in any manner depending upon, a fraudulent, illegal, or immoral transaction or contract to which Plaintiff was a party.

Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support any thing or upon which any lawful rights can be built.

Nothing in the Constitution of the United States limits the Jurisdiction of this Court, which is one of original Jurisdiction with right of trial by Jury guaranteed. This is a Common Law Action. Minnesota cannot limit or impair the power of this Court to render Complete Justice between the parties. Any provisions in the Constitution and laws of Minnesota which attempt to do so are repugnant to the

Constitution of the United States and are void. No question as to the Jurisdiction of this Court was raised by either party at the trial. Both parties were given complete liberty to submit any and all facts and law to the Jury, at least in so far as they saw fit.

No complaint was made by Plaintiff that Plaintiff did not recieve a fair trial. From the admissions made by Mr. Morgan the path of duty was made direct and clear for the Jury. Their Verdict could not reasonably have been otherwise. Justice was rendered completely and without denial, promptly and without delay, freely and without purchase, conformable to the laws in this Court on December 7,1968.

BY THE COURT

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

December 9,1968

Note: It has never been doubted that a Note given on a Consideration which is prohibited by law is void. It has been determined, independent of Acts of Congress, that sailing under the license of an enemy is illegal. The emmission of Bills of Credit upon the books of these private Corporations, for the purposes of private gain is not warranted by the Constitution of the United States and is unlawful. See Craig v. Mo. 4 Peters Reports 912. This Court can tread only that path which is marked out by duty.        M.V.M.

ROBERT C. "BOB" BALINK   El Paso County, CO
02/05/2007  10:50:49 AM
Doc: $0.00          Page
Rec: $6.00          1 of 1

207015932

### ABOLITION OF HOME OWNERS' LOAN CORPORATION

For dissolution and abolishment of Home Owners' Loan Corporation, referred to in this section, by act June 30, 1953, ch. 170, § 21, 67 Stat. 126, see note set out under section 1463 of this title.

### § 395. Federal reserve banks as depositaries, custodians and fiscal agents for Commodity Credit Corporation

The Federal Reserve banks are authorized to act as depositaries, custodians, and fiscal agents for the Commodity Credit Corporation.

(July 16, 1943, ch. 241, § 3, 57 Stat. 566.)

### TRANSFER OF FUNCTIONS

Administration of program of Commodity Credit Corporation transferred to Secretary of Agriculture by Reorg. Plan No. 3 of 1946, § 501, eff. July 16, 1946, 11 F.R. 7877, 60 Stat. 1100. See Appendix to Title 5, Government Organization and Employees.

### EXCEPTIONS FROM TRANSFER OF FUNCTIONS

Functions of Corporations of Department of Agriculture, boards of directors and officers of such corporations, Advisory Board of Commodity Credit Corporation, and Farm Credit Administration or any agency, officer or entity of, under, or subject to supervision of Administration were excepted from functions of officers, agencies, and employees transferred to Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 1, eff. June 4, 1953, 18 F.R. 3219, 67 Stat. 633, set out in the Appendix to Title 5, Government Organization and Employees.

## SUBCHAPTER XII—FEDERAL RESERVE NOTES

### § 411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704.)

### REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

### CODIFICATION

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 4, 5, and 6, 7, 8 to 11, 13 and 14 of section 16, and pars. 15 to 18 of section 16 as added June 21, 1917, ch. 32, § 8, 40 Stat. 238, are classified to sections 412 to 414, 415, 416, 418 to 421, 360, 248-1, and 467, respectively, of this title.

Par. 12 of section 16, formerly classified to section 422 of this title, was repealed by act June 26, 1934, ch. 756, § 1, 48 Stat. 1235.

### AMENDMENTS

1934—Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

### CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.

### CROSS REFERENCES

Gold coinage discontinued, see section 5112 of Title 31, Money and Finance.

### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 348, 420, 421, 467 of this title.

### § 412. Application for notes; collateral required

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under the provisions of sections 342 to 347, 347c, 347d, and 372 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Sept. 7, 1916, ch. 461, 39 Stat. 754; June 21, 1917, ch. 32, § 7, 40 Stat. 236; Feb. 27, 1932, ch. 58, § 3, 47 Stat. 57; Feb. 3, 1933, ch. 34, 47 Stat. 794; Jan. 30, 1934, ch. 6, § 2(b)(2), 48 Stat. 338; Mar. 6, 1934, ch. 47, 48 Stat. 398; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704; Mar. 1, 1937, ch. 20, 50 Stat. 23; June 30, 1939, ch. 256, 53 Stat. 991; June 30, 1941, ch. 264, 55 Stat. 395; May 25, 1943, ch. 102, 57 Stat. 85; June 12, 1945,

095110459

95 OCT 13 PH 4: 17

ARDIS ......
EL PASO COUNTY CLERK & RECORDER

BOOK 6744
PAGE 964
90⁰⁰/₁₀₀



TERRITORY 1861

STATE 1876

DEPARTMENT OF PERSONNEL

## DIVISION OF

# STATE ARCHIVES

## AND

# PUBLIC RECORDS

*I Hereby Certify that the annexed copy (or each of the annexed copies) is a true copy of a record in the legal custody of the State Archivist of Colorado, and is filed among the records of*

COLORADO TERRITORY LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO
deposited therein

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS, PASSED AT THE
FIRST SESSION OF THE LEGISLATIVE ASSEMBLY, DENVER, COLORADO TERRITORY,
SEPTEMBER 9, 1861.

TITLE PAGE, PAGES 20, 21, 2 (SIC), AND 35.
TOTAL 5 PAGES.



*Terry Kettelan*
STATE ARCHIVIST OF COLORADO

OCTOBER 4, 1995
DATE

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
0951 10459 Book 6744 Page 964
Date ....... 5/19/2009
Robert C. Balink
County Clerk Recorder
El Paso County Colorado
By ........... Deputy

BOOK 6744   PAGE 970

# GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS

### AND PRIVATE ACTS,

PASSED AT THE FIRST SESSION

## LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF COLORADO,

BEGUN AND HELD AT

DENVER, COLORADO TER., SEPT. 9th, 1861.

TOGETHER WITH

THE DECLARATION OF INDEPENDENCE,

THE CONSTITUTION OF THE UNITED STATES,

AND THE

ORGANIC ACT OF THE TERRITORY.

PUBLISHED BY AUTHORITY.

**DENVER:**
THOS. GIBSON, COLORADO REPUBLICAN AND HERALD OFFICES.
1861.

BRARY
COURT
AL DISTRICT

25×10

BOOK 6744 PAGE 971

# AMENDMENTS TO THE CONSTITUTION.

## ARTICLE I.

*The free exercise of religion, freedom of speech, of the press, of the right to peaceably assemble and to petition, guarantied to the people.*

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble and petition the government for a redress of grievances.

## ARTICLE II.

*Right to bear arms*

A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.

## ARTICLE III.

*Of quartering soldiers in time of peace.*

No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

## ARTICLE IV.

*No search warrant to issue except on oath.*

The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## ARTICLE V.

*Capital and infamous crimes—proceedings.*

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled, in any criminal case, to be a witness against himself; nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use without just compensation.

## ARTICLE VI.

*Right of the accused in criminal cases.*

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district where the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defence.

## ARTICLE V[II]

In suits at common law, where the value in controversy, shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

## ARTICLE V[III]

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## ARTICLE [IX]

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## ARTICLE [X]

The powers not delegated to the United States by the constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

## ARTICLE [XI]

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

## ARTICLE [XII]

1. The electors shall meet in their respective States, and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and

BOOK 6744  PAGE 972

jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defence.

### ARTICLE VII.

In suits at common law, where the value in controversy, shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

*Trial by jury preserved.*

### ARTICLE VIII.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

*Bail and fines.*

### ARTICLE IX.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

*Construction of powers delegated.*

### ARTICLE X.

The powers not delegated to the United States by the constitution, nor prohibited by it to these States, are reserved to the States respectively, or to the people.

*Power.*

### ARTICLE XI.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

*Restraint of judicial power.*

### ARTICLE XII.

1. The electors shall meet in their respective States and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice President; and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to

*Mode of electing President, and Vice President.*

BOOK 6744 PAGE 973

## AMENDMENTS TO THE CONSTITUTION.

the seat of government of the United States, directed to the President of the Senate; the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted; the person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of electors appointed; and if no person have such majority, then from the persons having the highest numbers, not exceeding three, on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by States, the representation from each State having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the States, and a majority of all the States shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March following, then the Vice President shall act as President, as in the case of the death or other constitutional disability of the President.

**2.** The person having the greatest number of votes as Vice President, shall be Vice President, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then from the two highest numbers in the list, the Senate shall choose the Vice President: a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice.

**3.** But no person constitutionally ineligible to the office of President, shall be eligible to that of Vice President of the United States.

## ARTICLE XIII.

If any citizen of the United States shall accept, claim, receive or retain any title of nobility or honor, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

[NOTE.—The 11th article of the amendments to the Constitution was proposed at the second session of the third Congress; the 12th article, at the first session of the eighth Congress; and the 13th article, at the second session of the eleventh Congress.]

BOOK 6744 PAGE 974



GENERAL LAWS. 35

lawful for the clerk
until the following
, two o'clock in the
awful for said clerk
f the ensuing week,
es, and recognized
me; and in case of
, actions, motions,
continued over until
all jurors, witnesses
nder the same obli-
on such adjourned
, day first appointed
and be in force from

been made for the violation of the first section of this
act, can establish by good and competent witnesses that
... liquors or wine, were obtained from him de-
... at the time of
... liquors or wine, the uniform
... to distinguish him from a civilian,
... such person to be a soldier,
... against shall not be liable
... mentioned in this act.
... shall take effect and be in force from
... September 28th, 1861.

**Person selling not liable if obtained deceitfully.**

---

Liquors to Soldiers.

use of Representatives

hall sell, exchange,
ious liquors or wine
tates serving within
uch supplies as may
United States army
partment, such per-
le district court or
art of this Territory
risoned for a period
all forfeit and pay
schools, a sum not
tion of such person
risoned for a period
and pay for the use
um not exceeding

een mustered into
off the uniform and
designated from a
eceive, shall obtain
any other person it
it, or any police of-
on complaint, being
ed such person, and
nding officer of the
pply for his release,
on complaint lain

---

## AN ACT

Adopting the Common Law of England.

*Be it enacted by the Council and House of Representatives
of Colorado Territory:*

SECTION 1. That the Common Law of England, so
far as the same is applicable and of a general nature,
and all acts and statutes of the British Parliament,
made in aid of or to supply the defects of the Common
Law, prior to the ... year of James the First, (except-
ing the second section of the sixth chapter of forty-third
Elizabeth, the eighth chapter of thirteenth Elizabeth,
and ... chapter of thirty-seventh Henry Eighth,) and
which are of a general nature, and not local to that
... , shall be the rule of decision, and shall be
considered as of full force until repealed by legislative
authority.

**English common law adopted.**

**Exceptions.**

SEC. 2. This act shall be in force from and after its
passage.

Approved, October 11th, 1861

---

## AN ACT

To organize the Militia.

*Be it enacted by the Council and House of Representatives
of Colorado Territory:*

SECTION 1. Every able bodied male citizen of Colo-
rado between the ages of eighteen and forty-five years,
except those who are, by this act exempt therefrom,
shall be subject and liable to perform military duty as
a soldier, to uphold the constitution and laws of the
United States and the Organic Act and laws of this
Territory, according to the terms and provisions of this
act. And every citizen above forty-five years of age

**Who liable for service.**



3 × $100⁰⁰     SN#1: DB 35883296B

2: FK 50077394B
3: FL 76213424C

1 × $50⁰⁰     SN 1: EC03965344A

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Patrick Teruo

**DEFENDANTS**

Timothy F. GEITHNER

FILED

2009 JUL 29 PM 4:13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorney's (If Known)

**09 CV 1644 LAB    POR**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

Denizen of organic

U.N. Charter Law

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane    **PERSONAL INJURY** | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    ☐ 362 Personal Injury - Liability    Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel &    ☐ 365 Personal Injury -    Slander    Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers'    ☐ 368 Asbestos Personal    Liability    Injury Product    Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product    **PERSONAL PROPERTY**    Liability    ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle    ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    ☐ 380 Other Personal    Product Liability    Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal    ☐ 385 Property Damage    Injury    Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting    ☐ 510 Motions to Vacate    Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment    **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/    ☐ 530 General    Accommodations | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare    ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities -    ☐ 540 Mandamus & Other    Employment | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities -    ☐ 550 Civil Rights    Other    ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

counterclaim

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Diversity  Title 28 U.S.C. 1331, 1333

Brief description of cause:
Counterclaim upon false claim; Diversity

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Injunction

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE    07/28/2009

SIGNATURE OF ATTORNEY OF RECORD

Clerk-make no changes: Patrick Teruo is not pro se

**FOR OFFICE USE ONLY**

RECEIPT # 3494    AMOUNT 350,    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

7/29/09

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS003494
Cashier ID: sramirez
Transaction Date: 07/29/2009
Payer Name: WALK-UP CUSTOMER
--------------------------------
CIVIL FILING FEE
 For: TERUO V. GEITHNER
 Case/Party: D-CAS-3-09-CV-001644-001
 Amount:        $350.00
--------------------------------
CASH
 Amt Tendered:  $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```