# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK TERUO,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>TIMOTHY F. GEITHNER,<br><br>　　　　　　　Defendant. | CASE NO. 09CV1644-LAB (POR)<br><br>**ORDER DISMISSING CASE** |

　　　The United States moved to dismiss this case on October 7, 2009. (Doc. No. 4.) Mr. Teruo did not oppose the motion, and on January 8, 2010 the Court ordered him to show cause why it should not be summarily granted. (Doc. No. 7.) Rather than do so, Mr. Teruo returned to the Court (1) the order to show cause, (2) the minute order taking the motion to dismiss under submission, and (3) the motion to dismiss itself. He had written the words "Refused for Cause" across all of the pages. (Doc. No. 9.)

　　　On January 8, 2010, the Court informed Mr. Teruo that writing "Refused for Cause" across pleadings and Court documents was an inadequate response to the order to show cause, and it gave him one more opportunity to oppose the motion to dismiss in an intelligible manner. (Doc. No. 10.) In response, Mr. Teruo filed a letter to the Court on February 1, 2010. (Doc. No. 12.)

//

Mr. Teruo's letter is not responsive to the Court's order to show cause or, for that matter, the motion to dismiss filed by the United States. Frankly, it does not make much sense. Mr. Teruo again "refuse[s] for cause" because, he says, the United States "is not a party in interest to this action." He then explains that "[t]his case is my lawfully redeemed repository for evidence for injunctive relief from any future presentments and theft/kidnap actions from any foreign agents or principals." The United States explained in its motion to dismiss why it is the appropriate defendant in this case, as well as why the named defendant, Timothy Geithner, has not been properly served. The United States also presents firm evidence that Mr. Teruo's complaint is a frivolous, stock complaint that he downloaded from the internet, and that other federal courts have summarily dismissed.

Mr. Teruo has failed to respond in a meaningful way to any of the United States' arguments. More to the point, he has failed to show cause why his case should not be dismissed with prejudice. It is therefore dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: February 3, 2010

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge